ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 AUG 22 PM 12: 21

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILFREDO PAZ-CARRANZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 306-033 |
| ) | |
| MICHAEL V. PUGH, Warden; BUREAU ) | |
| OF IMMIGRATION SERVICES; ) | |
| BUREAU OF PRISONS; and ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED** and the Clerk of Court is **DIRECTED** to **CLOSE** the case.

SO ORDERED this 22 day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE